**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § v. § § DAVID SIDWELL JENSON § § § § § § § § § § § | CRIMINAL NO: **4:25-cr-00271-1** SEALED |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

DAVID SIDWELL JENSON

134 Vision Park Blvd, Suite 120

Shenandoah, TX 77384

☑ DETENTION
☒ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED _____May 22_____, 20 25.

_____
UNITED STATES MAGISTRATE JUDGE
**MITCHEL NEUROCK**