IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:25-cr-00271-2 |
| NESTOR ROMERO MAGALLANES | § § | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he has been charged via Superseding Indictment [Doc. No. 34] and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for June 26, 2025. Further, the Defendant expressly waives his rights and the time limits under the Speedy Trial Act.

/s/ Nestor Romero Magallanes
Nestor Romero Magallanes
Defendant

/s/ Chip Lewis
Chip B. Lewis
Federal ID#24313
1207 S. Shepherd Dr.
Houston, Texas 77019
Tel: (713) 523-7878
chip@chiplewislaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with AUSA Gray and the Government in UNOPPOSED to this Waiver.

                                            /s/Chip Lewis
                                            CHIP LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2025, a true and correct copy of the foregoing Waiver was delivered to the Government via ECF.

                                            /s/Chip Lewis
                                            CHIP LEWIS